IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY CHAMBERS                                                                                            PETITIONER

v.                                             Case No. 6:21-cv-06129

DEXTER PAYNE, Director,
Arkansas Department of Correction                                                                        RESPONDENT

## ORDER

Now before the Court is the Report and Recommendation filed March 30, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 14). Petitioner proceeds *pro se* in this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. After considering the petition (ECF No. 1) and the response filed in opposition (ECF No. 8). Judge Bryant recommends that the Petition be denied in its entirety and dismissed with prejudice. Judge Bryant further recommend that no Certificate of Appealability be issued in this matter.[1]

Petitioner filed his objections to the Report and Recommendation on April 22, 2022. (ECF No. 15). Upon review, Petitioner's objections offer no error of law or fact from which the Court finds it necessary to depart from the report. Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED** in its entirety and is **DISMISSED WITH PREJUDICE**. The Court declines to issue a Certificate of Appealability in this matter.

Further, Petitioner's Motion for Discovery (ECF No. 16), Motion to Appoint Counsel (ECF No. 17), Motion for Evidentiary Hearing (ECF No. 18), and Motion for Subpoena (ECF No. 19) are moot.

---

[1] Judge Bryant also determined that an evidentiary hearing was not necessary. (ECF No. 14 at 8).

**IT IS SO ORDERED** this 25th day of April 2022.

*/s/Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**