IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GARY CHAMBERS                                                    PETITIONER


v.                              Case No. 6:21-cv-06129


DEXTER PAYNE, Director,
Arkansas Department of Correction                               RESPONDENT

### ORDER

Now before the Court is the Report and Recommendation filed November 3, 2022 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 28). Petitioner proceeds *pro se* in bringing this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The petition in this case was denied by order of the court (ECF No. 20) entered April 25, 2022. Petitioner's subsequent notice of appeal was dismissed, and the mandate was filed in this Court on August 11, 2022. (ECF No. 25). Two months later, Petitioner filed a "petition for error coram nobis and motion for new trial." (ECF No. 26). Judge Bryant recommends that the motion be denied.

Petitioner filed his objections to the Report and Recommendation on November 22, 2022.  (ECF No. 29).  Upon review, Petitioner's objections offer no error of law or fact from which the Court finds it necessary to depart from the report.  The Court finds that the report is without clear error and should be and hereby is adopted *in toto*.  Accordingly, it is hereby **ORDERED** that Petitioner's motion for new trial (ECF No. 26) is **DENIED**.

Further, the Clerk is directed to consider Petitioner to be a restricted filer, and Petitioner is BARRED from making future filings with this Court without first seeking and being granted leave to file.

**IT IS SO ORDERED** this 14th day of December 2022.


/s/*Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**